# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

          v.

MICHAEL J. WILLIAMS,

          Petitioner

: No. 229 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.